UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLEDAD CRUZ RAMIREZ, | Case No. 2:25-cv-02110-ART-DJA |
| Petitioner, | ORDER |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Petitioner Soledad Cruz Ramirez commenced this habeas action by filing a Petition for Writ of Habeas Corpus ("Petition" ECF No. 1)) under 28 U.S.C. § 2241, challenging her continued detention at Henderson Detention Center despite an immigration judge's order of release on bond. Having conducted an initial review of the Petition, the Court now directs that it be served on the respondents and set a schedule for the respondents' appearance and response.

IT IS HEREBY ORDERED that the Clerk of Court is directed to serve copies of the Petition (ECF No. 1) and this order upon respondents as follows:

- By electronically serving, through CM/ECF, a copy of the Petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.
- By sending a copy of the Petition (ECF No. 2) and this order by mail to:
    (1) Warden
        Henderson Detention Center,
        18 E. Basic Rd,
        Henderson, NV

    (2) Bryan Wilcox
        U.S. Immigration & Customs Enforcement,
        Enforcement and Removal Operations,
        2975 Decker Lake Drive, Suite 100,
        West Valley City, UT 84119-6096;

    (3) Kristi Noem,
        Secretary of the Department of Homeland Security,
        3801 Nebraska Ave. NW,
        Washington, DC 20528;

    (4) Pamela Bondi,
        Attorney General of the United States,
        950 Pennsylvania Avenue, NW,
        Washington, DC 20530-0001, and

    (5) Todd Lyons
        ICE Director
        500 12th St., SW
        Washington, D.C. 20536

    IT IS FURTHER ORDERED that respondents must appear in this action within 5 days of the date of this order and must file and serve a response to the Petition (ECF No. 1) within 20 days of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

    DATED THIS 4th day of November, 2025.

                               ANNE R. TRAUM
                               UNITED STATES DISTRICT JUDGE